UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    Case No. 20-47886

KENNETH E. BEACH, and                     Chapter 13
PATRICIA J. BEACH,
                                          Judge Thomas J. Tucker
         Debtors.
_____/

### ORDER DISMISSING CASE AS TO DEBTOR KENNETH E. BEACH, ONLY, DUE TO HIS DEATH

On May 6, 2022, the Court entered an order entitled "Order Requiring Debtor Kenneth E. Beach's Personal Representative, or Any Other Party in Interest, to Show Cause in Writing Why the Case of Debtor Kenneth E. Beach Should Not Be Dismissed, Due to His Death" (Docket # 54, the "Show-Cause Order"), which provided, in relevant part:

> IT IS ORDERED that if the personal representative of the estate of Debtor Kenneth E. Beach, or any other party in interest, opposes the dismissal of this case as to the Debtor Kenneth E. Beach, only, then **no later than May 20, 2022**, such person(s) must file a written response to this Order, showing cause why the Court should not dismiss the case of Kenneth E. Beach, under Fed. R. Bankr. P. 1016, on the ground he is deceased.

(Bold in original). No one has filed a response to the Show-Cause Order.

Accordingly,

IT IS ORDERED that this bankruptcy case is dismissed, as to the Debtor Kenneth E. Beach only, under Fed.R.Bankr.P. 1016.

**Signed on May 23, 2022**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**